## VALVE BAG CO OF AMERICA v INGERSOLL

Ohio Appeals, 1st Dist, Hamilton Co

No 4021. Decided March 7, 1932

Dinsmore, Shohl & Sawyer, Cincinnati, for plaintiff in error.

Alton E. Purcell, and Matthews & Matthews, Cincinnati, for defendant in error.

220

ROSS, PJ.

The trial court held that the guaranty was not a personal guaranty of the defendant in error. In this we find no error. Morgan v Boyer, 39 Oh St, 324. Storm & Sons, Inc. v Blanchet, 120 Oh St, 13.

The judgment is affirmed.

HAMILTON and CUSHING, JJ, concur.